

February 29, 2012

Hon. David Faber
United States District Court Judge
United States District Court for
   the Southern District of West Virginia,
Robert C. Byrd US Courthouse and IRS Complex
110 North Heber Street, Room 119
Beckley, WV 25801

*Release Date: March 23, 2012*

Dear Judge Faber:

I am writing to you as it appears that you are my only hope for any form of assistance. Your sentence of 6 months for violation of parole has now turned into a death sentence. Making matters worse for me, the Federal Bureau of Prisons takes the position that I must simply leave here without any help whatsoever, report to a homeless shelter, and left to die without any medical care from the BOP.

I believe that this is wrong in the strongest possible terms.

I have prostate cancer which has now spread to my lymph nodes and is deemed inoperable. This saga began in 2007 when I read in a magazine that all caucasian males should have a PSA test at age 50 and I, therefore, requested such a test. My PSA was 29! I was sent to an outside doctor close to the Morgantown prison who performed a biopsy and ascertained that both sides of my prostate were cancerous. He advised me and the BOP that radiation would accomplish nothing and that I needed immediate surgery. The action of the BOP: sent me to Butner Medical and three months later was given radiation, not surgery. This mistake will now cost me my life.

The BOP has monitored my PSA and has sent me out for serveral meaningless (to me) tests, but has left the underlying problem completely alone to fester. An example of the care afforded here at SCP Williamsburg is my visit with the clinical director yesterday wherein I advised him that I have such severe edema in my legs that I can no longer put on my socks without assistance. His response was that it was part of and the result of my disease and therefore there was nothing he could do to help me!

I have been advised that the BOP has no responsibility for my medical care after I leave here and that I am on my own. This is simply wrong! I need to be sent to a medical care facility by the BOP. I am homeless, have a net worth of less than $100.00, cannot work, and am currently without hope and I look to you as my last  and only chance to have the BOP fulfill its responsibilities to me as a human being. Without your intervention, this will not happen and I shall die on the street without medical care or assistance.

In closing, I ask for your help and hope to  recieve it forthwith as I am scheduled to depart this institution on the 23d of March!!!

Very  truly yours,

*Ronnie W. Burton*

Ronnie W. Burton
Reg. No. 07471-088
SCP Williamsburg
Post Office Box 340
Salters, SC 29590-0340

Name: Ronnie W. Burton
Register Number: 27171-088
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

LEGAL MAIL

FLORENCE SC 295

29 FEB 2012 PM 2 T

⊕07471-088⊕
Hon David Faber IV
1 10 North Heber Street, Rm 119
US District Ct Judge
Beckley, WV 25801
United States

MAR - 2 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia